UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00114-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO CAMACHO-ANDRADE, a/k/a Antonio Comacho, a/k/a Faustino Vargas-Ledessma ,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, April 11, 2008,** and responses to these motions shall be filed by **Friday, April 25 , 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, May 9, 2008, at 4:30 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, May 19, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated this 27th day of March, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge