IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00114-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO CAMACHO-ANDRADE, a/k/a Antonio Comacho, a/k/a Faustino Vargas-Ledessma,

    Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that the defendant be granted an additional one-level decrease in the offense level.

Dated this 24th day of November, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE